U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LEONE MONDELLO | CIVIL ACTION NO. 04-2609-P |
| VERSUS | JUDGE HICKS |
| BOSSIER PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 16) and the Motion for Temporary Restraining Order (Doc. 37) are **DENIED** as moot.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 31st day of October 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE