RECEIVED
MAR 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LEONE MONDELLO | CIVIL ACTION NO. 04-2609 Sec P |
| VERSUS | JUDGE HICKS |
| BOSSIER PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

CONSIDERING THE FOREGOING motion by defendants to stay discovery,

IT IS HEREBY ORDERED, that discovery in the captioned matter be and hereby is stayed until 30 days after the date of a ruling by the District Court Judge upon defendants' dispositive motion.

IT IS FURTHER ORDERED that defendants are relieved from responding to plaintiff's discovery requests until 30 days after a ruling by the District Court Judge on defendants' dispositive motion.

Thus done and signed this 20th day of March, 2006.

_____
MAGISTRATE JUDGE