RECEIVED

MAY 01 2006 Smd

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**MINUTE ENTRY ORDER**
May 1, 2006
Mark L. Hornsby
U.S. Magistrate Judge

WDLA-Shreveport Division

DAVID LEONE MONDELLO

versus

BOSSIER PARISH SHERIFF'S
DEPARTMENT, ET AL.

CIVIL ACTION NO. 04-2609

JUDGE HICKS - SEC P

MAGISTRATE JUDGE HORNSBY

\*\*\*\*\*\*\*\*\*\*\*\*\*

Several defendants filed a motion to dismiss (Doc. 110), which was noticed for briefing and set on the court's April 17 motion calendar. The defendants have now filed a supplemental motion (Doc. 120). Plaintiff will be permitted until **May 12, 2006** to file any opposition to the motion, as supplemented.