**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DAVID LEONE MONDELLO                    CIVIL ACTION NO. 04-2609-P

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

BOSSIER PARISH SHERIFF'S                 MAGISTRATE JUDGE HORNSBY
OFFICE, ET AL.

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, no written

objections having been filed, and concurring with the findings of the Magistrate Judge

under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Record Document 110) as

supplemented (Record Document 120) and converted to a Motion for Summary Judgment

is **GRANTED** and all claims against all Defendants are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of July, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE